# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2011

143044

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARK JAY STINCHCOMB,
     Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143044
COA: 294783
Kent CC: 08-012019-FH

_____/

On order of the Court, the application for leave to appeal the March 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and MARILYN KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2011

Clerk

p0914